1  LAWRENCE G. BROWN
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED

SEP 10 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09 CR 00349 OWW |
|---|---|---|
| Plaintiff, | ) | EX PARTE MOTION TO SEAL |
| | ) | INDICTMENT PURSUANT |
| v. | ) | TO RULE 6(e), FEDERAL |
| | ) | FEDERAL RULES OF |
| ARMANDO MEZA, et al. | ) | CRIMINAL PROCEDURE |
| | ) | |
| Defendants. | ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 10, 2009, charging the above defendants with a violation of Title 21, United States Code, Sections 846 and 841(a)(1) - Conspiracy to Distribute and Possess With the Intent to Distribute Methamphetamine be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of

1 | the Indictment or any warrant issued pursuant thereto, except when
2 | necessary for the issuance and execution of the warrant.

4 | DATED: September 10, 2009            Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

                                        By /s/
                                           KEVIN P. ROONEY
                                           Assistant U.S. Attorney

9 | IT IS SO ORDERED this  10  day of September, 2009

                                        _____
                                        U.S. Magistrate Judge