McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

SEP 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:09-CR-349 OWW |
| Plaintiff, ) | |
| v. ) | MOTION TO UNSEAL INDICTMENT; AND ORDER |
| ARMANDO MEZA, et al., ) | |
| Defendants. ) | |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through Lawrence G. Brown, United States Attorney, and Kevin P. Rooney, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: September 16, 2009

_____
KEVIN P. ROONEY
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: September 16, 2009

_____
GARY S. AUSTIN
United States Magistrate Judge

1