KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
PORFIRIO MEZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-09-00349 OWW |
| Plaintiff, | STIPULATION TO ADD CHANGES OF PLEA TO CALENDAR FOR MONDAY, JUNE 14, 2010; ORDER |
| vs. | |
| ARMANDO MEZA and PORFIRIO MEZA, et al. | |
| Defendants. | |

It is hereby stipulated by and among counsel for the government and counsel for defendants ARMANDO MEZA and PORFIRIO MEZA as follows:

1. That attorneys representing ARMANDO MEZA and PORFIRIO MEZA believe that their clients wish to enter changes of plea based on Memoranda of Plea Agreements previously filed electronically;

3. That PETER SINGH, counsel for ARMANDO MEZA, KATHERINE HART, counsel for PORFIRIO MEZA, and KEVIN ROONEY, Assistant United States Attorney, are all available to handle this matter on the court's master

1

1  criminal calendar for Monday, June 14, 2010;

2      3.   Therefore the parties request that this item be added to the master
3  criminal calendar for Monday, June 14, 2010.

5  June 10, 2010        /s/ Peter Singh,
6        PETER SINGH, Attorney for ARMANDO MEZA

7  June 10, 2010        /s/ Katherine Hart
8        KATHERINE HART, Attorney for PORFIRIO MEZA

10 June 10, 2010        /s/ Kevin Rooney
11       KEVIN ROONEY, Assistant United States Attorney

13       ORDER

14 Counsel having stipulated to the placement of this matter on the criminal
15 calendar for Monday, June 14, 2010, it is hereby ordered that the cases of U.S.
16 v. Armando Meza and U.S. v. Porfirio Meza, 09-00349, be placed on the criminal
17 calendar for Monday, June 14, 2010 at 9:00 a.m.

19 IT IS SO ORDERED.

20 **Dated:   June 10, 2010**        **/s/ Oliver W. Wanger**
      UNITED STATES DISTRICT JUDGE